United States District Court
Southern District of Texas
**ENTERED**
September 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BMC Software, Inc., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. H-19-4810 |
| | § | |
| Baker Hughes, a GE Company, LLC, | § | |
| and Baker Hughes Company, | § | |
| *Defendants*. | § | |

## ORDER OF ADOPTION

On August 24, 2022, Magistrate Judge Peter Bray recommended that Defendants' Motion for Summary Judgment and Defendants' Alternative Motion for Partial Summary Judgment Denying Plaintiff's Requested Monetary Remedies be denied. ECF Nos. 175, 176. Plaintiff and Defendants filed objections, ECF Nos. 181, 182, 183, and responses to the objections, ECF Nos. 184, 185, 186. The objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion.

Signed on September 22, 2022, at Houston, Texas.

David Hittner
United States District Judge